1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8  UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:17-CR-00065-DAD-BAM-1
12 | Plaintiff, |
13 | v. | STIPULATION AND ORDER FOR COMPETENCY EXAMINATION
14 | SAMUEL SANCHEZ, |
15 | Defendant. |

16

17        THE PARTIES TO THIS ACTION HEREBY STIPULATE, by and through their

18 respective attorneys of record regarding defendant's competency, to the following court order:

19        It appearing to the Court that defendant, SAMUEL SANCHEZ, was indicted March 16,

20 2017, for violations of 21 U.S.C. §§ 846 and 841, that representations have been made by defense

21 counsel that defendant may be suffering from a mental disease or defect rendering him mentally

22 incompetent to the extent that he may be unable to understand the nature and consequences of the

23 proceedings against him or to assist properly in his defense; and that defendant stipulates to being

24 committed to the custody of the Attorney General for a psychiatric or psychological examination

25 to determine the defendant's mental competency to stand trial.

26 ///

27 ///

28 ///

1

IT IS, THEREFORE, ORDERED THAT:

1. Pursuant to 18 U.S.C. §§ 4241 and 4247(b), the defendant is to be committed to the custody of the Attorney General for placement in a suitable facility to be examined for a reasonable period, but not to exceed thirty days. Unless impracticable, the psychiatric or psychological examination shall be conducted in a suitable facility closest to the court.

2. The director of the facility may apply for a reasonable extension, but not to exceed fifteen additional days, upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant.

3. The psychiatric or psychological examination shall be conducted by a licensed or certified psychiatrist or psychologist or, if appropriate, by more than one such examiner.

4. The psychiatrists or psychologists at the designated facility are ordered to file a psychiatric or psychological report with the court, with copies provided to the counsel for the defendant and the attorney for the government. The report shall include the information required by 18 U.S.C. § 4247 (c), to wit;

    A. The defendant's history and present symptoms;

    B. A description of the psychiatric, psychological and medical tests that were employed and their results;

    C. The examiner's opinion as to diagnosis, prognosis, and whether defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

5. The defendant is ordered to provide any medical documentation in his custody, if any can be located, that is relevant to his examination to the U.S. Marshal''s Service in Fresno, California, by Friday, March 31, 2017. Upon receipt of this documentation, the U.S. Marshal's Service will forward it to the Bureau of Prisons so the Bureau can determine a proper facility by which to place him for this examination. This documentation would best include those records relevant to the examination, including those relevant to defendant's competency, defendant's current medical prescriptions, records regarding defendant's last tuberculosis test and the extent

defendant is able to be transported by airplane.

    Defendant shall remain in custody through the completion of his examination.  The parties shall promptly ask that these matters be calendared on the court's next available date upon his release from the Bureau of Prisons back to the custody of the U.S. Marshals.  The status conference on calendar June 12, 2017 at 2:00 pm before Magistrate Judge Stanley A. Boone shall be vacated.  **Counsel for the parties shall next appear for competency proceedings before District Judge Dale A. Drozd at 1:30 p.m. in Courtroom 5 on the seventh floor.**  If the parties determine that more time is necessary for the competency examination to conclude before this date, they may file a stipulation stating the reasons by this date should be continued.

DATED: March 29, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ Jeffrey A. Spivak
Jeffrey A. Spivak
Assistant U.S. Attorney

DATED: March 29, 2017

By: /s/ Anthony. P. Capozzi
Anthony P. Capozzi
Attorney for Defendant
SAMUEL SANCHEZ
(As authorized in person 3/29/2017)

IT IS SO ORDERED.

Dated:  **March 30, 2017**

_____
UNITED STATES DISTRICT JUDGE