**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
SAMUEL SANCHEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-CR-00065-DAD-BAM-1 |
| Plaintiff, | **AMENDED STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT AND COMPETENCY HEARING** |
| v. | Date: **June 12, 2017** |
| SAMUEL SANCHEZ, | Time: **2:00 p.m.** |
| Defendant. | Courtroom: **5** |
| | **Hon. Dale A. Drozd** |

**TO:   THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

Plaintiff, United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for An Arraignment and Competency Hearing on June 12, 2017, at 2:00 p.m.

2.   By this stipulation, defendant now moves to continue the Arraignment and Competency Hearing to **August 7, 2017, at 2:00 p.m.** and the exclude time between June 12, 2017, and August 7, 2017, under 18 U.S.C. §§ 3161(h)(1)(A), (h)(7)(A). Plaintiff does not oppose this request.

3.   The parties agree and stipulate, and request that the Court find the following:

   a. Additional time has been requested by the Warden at the Federal Bureau of Prisons Metropolitan Detention Center in Los Angeles to complete the Defendant's evaluation.

   b. It is anticipated that the evaluation will be completed by June 12, 2017.

   c. The report shall be submitted to the court within three weeks of completion of the evaluation.

   d. The government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 12, 2017, to August 7, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(A), (h)(7)(A) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, and because of delay resulting from a mental competency evaluation.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

                Respectfully submitted,

DATED: June 1, 2017    By: */s/Jeffrey A. Spivak*
                  JEFFREY A. SPIVAK
                  Assistant United States Attorney

DATED: June 1, 2017    By: */s/Anthony P. Capozzi*
                  ANTHONY P. CAPOZZI
                  Attorney for Defendant SAMUEL SANCHEZ

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from June 12, 2017, to August 7, 2017, based upon the Court's finding that the delay results from a proceeding, specifically an examination, to determine the mental competency of the defendant and because the defendant requests a continuance and the Court finds that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §§ 3161(h)(1)(A), (h)(7)(A).

The Arraignment and Competency Hearing as to the above named defendant are continued to **August 7, 2017, at 2:00 p.m.**

IT IS SO ORDERED.

Dated: **June 2, 2017**

_____
UNITED STATES DISTRICT JUDGE