**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
SAMUEL SANCHEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SAMUEL SANCHEZ,<br><br>    Defendant. | Case No.: 1:17-CR-00065-DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT AND COMPETENCY HEARING**<br><br>Date: **October 30, 2017**<br>Time: **10:00 a.m.**<br>Courtroom: **5**<br>**Hon. Dale A. Drozd** |

**TO: THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an Arraignment and Competency Hearing on October 30, 2017, at 10:00 a.m.

2. By this stipulation, Defendant now moves to continue the Arraignment and Competency Hearing to **December 4, 2017, at 10:00 a.m.** and to exclude time between October 30, 2017, and December 4, 2017, under 18 U.S.C. §§ 3161(h)(1)(A), (h)(7)(A). Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Counsel for the Defendant needs additional time to review the report,

1 | meet with the Defendant, consult with experts, and prepare for the arraignment and competency hearing.

      b.      The government does not object to the continuance.

      c.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the Defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 30, 2017, to December 4, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(A), (h)(7)(A) because it results from a continuance granted by the Court at Defendant's request on the basis of the Court's finding that the ends of justice outweigh the best interest of the public and the Defendant in a speedy trial, and because of delay resulting from a mental competency evaluation.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

DATED: October 24, 2017      By: */s/Jeffrey A. Spivak*
                                                      JEFFREY A. SPIVAK
                                                      Assistant United States Attorney

DATED: October 24, 2017      By: */s/Anthony P. Capozzi*
                                                        ANTHONY P. CAPOZZI
                                                      Attorney for Defendant SAMUEL SANCHEZ

1 **ORDER**

2     For reasons set forth above, the continuance requested by the parties is granted for good
3 cause and time is excluded under the Speedy Trial Act from October 30, 2017 to December 4,
4 2017, based upon the Court's finding that the delay results from a proceeding, specifically an
5 examination, to determine the mental competency of the Defendant and because the Defendant
6 requests a continuance and the Court finds that the ends of justice outweigh the public's and
7 Defendant's interest in a speedy trial. 18 U.S.C. §§ 3161(h)(1)(A), (h)(7)(A).

8     The Arraignment and Competency Hearing are continued to **December 4, 2017, at**
9 **10:00 a.m.**

10
11 IT IS SO ORDERED.

12     Dated: __October 24, 2017__                  /s/ Dale A. Drozd
                                                                    UNITED STATES DISTRICT JUDGE